AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Hector Rodriguez, Individually and as Representative of the Estaet of Elizabeth Lindsey, deceased and as Next Friend for A. R. and E.R., a minors <br><br> *Plaintiff(s)* <br> v. <br> Gary Lee Hoggard and Rains & Sons Transportation, LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:20-cv-47 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rains & Sons Transportation, LLC, 212 W. 116th St., Perkins, OK 74059.

9489 0090 0027 6166 2071 12

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Carson R. Runge, Sloan Law Firm, 101 E. Whaley St., Longview, TX 75601.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: __2/21/20__   _David A. O'Poole_
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-47

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rains & Sons Transportation LLC
was received by me on *(date)* 2/21/2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* CM RRR No 9489009000276166207112

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 3/20/2020

Server's signature

Donna Rountree, Paralegal
Printed name and title

Sloan Law Firm
101 E Whaley St
Longview TX 75601
Server's address

Additional information regarding attempted service, etc:

Print    Save As...    Reset

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 9489009000276166207112

Remove ✕

Your item was delivered at 2:18 pm on March 5, 2020 in PERKINS, OK 74059.

## ✓ Delivered

March 5, 2020 at 2:18 pm
Delivered
PERKINS, OK 74059

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

March 5, 2020, 2:18 pm
Delivered
PERKINS, OK 74059
Your item was delivered at 2:18 pm on March 5, 2020 in PERKINS, OK 74059.

February 24, 2020, 10:46 am
Notice Left (No Authorized Recipient Available)
PERKINS, OK 74059

February 24, 2020, 4:01 am
Departed USPS Regional Facility
TULSA OK DISTRIBUTION CENTER

**February 23, 2020, 2:18 pm**
Arrived at USPS Regional Facility
TULSA OK DISTRIBUTION CENTER

**February 23, 2020**
In Transit to Next Facility

**February 22, 2020, 3:36 am**
Departed USPS Regional Facility
SHREVEPORT LA DISTRIBUTION CENTER

**February 21, 2020, 9:52 pm**
Arrived at USPS Regional Facility
SHREVEPORT LA DISTRIBUTION CENTER

**Product Information** ∨

Feedback

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**